UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 8:08-cr-502-T-30TBM

HOWELL EDWARD HUNT, II,

    Defendant.

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion (Doc. 15) for a Preliminary Order of Forfeiture, which, upon entry, shall become a final order of forfeiture as to defendant Howell Edward Hunt, II's, right, title, and interest in the following property:

    1.     One Dell DSCM computer, Serial Number: JZC9YC1;

    2.     One Western Digital hard drive, Serial Number: WCAPW13944756; and

    3.     One blank CD-R.

Being fully advised in the premises, the Court finds that the United States has established the requisite *nexus* between the subject computer equipment and the defendant's possession of child pornography, as charged in Count One of the Information, to which defendant pled guilty. Accordingly, it hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 15) is GRANTED.

It is FURTHER ORDERED that all right, title, and interest of defendant Howell Edward Hunt, II, in the referenced computer equipment is hereby forfeited to the United States for disposition according to law, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2).

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on February 20, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record

F:\Docs\2008\08-cr-502.forfeit 15.wpd