UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.  8:08-cr-502-T-30TBM

HOWELL EDWARD HUNT, II,

    Defendant.

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 24) for the following computer equipment:

      1.      One Dell DSCM computer, Serial Number: JZC9YC1;

      2.      One Western Digital hard drive, Serial Number: WCAPW13944756; and

      3.      One blank CD-R.

1.      On February 20, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all right, title, and interest in the computer equipment listed above. (Doc. 16).

2.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the computer

equipment, on the official government website, www.forfeiture.gov, from February 23, 2009 to March 24, 2009. (Doc. 23). The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

3. No persons or entities, other than the defendant Howell Edward Hunt, II, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the computer equipment. No third party has filed a Petition of Ownership, and the time for filing such Petition has expired.

4. The Court finds that the computer equipment is the property of defendant Howell Edward Hunt, II.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 24) is GRANTED. It is FURTHER ORDERED that all right, title and interest in following computer equipment is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 18 U.S.C. § 2253, for disposition according to law:

1. One Dell DSCM computer, Serial Number: JZC9YC1;
2. One Western Digital hard drive, Serial Number: WCAPW13944756; and
3. One blank CD-R.

Clear title to the computer equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 27, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Attorneys/Parties of Record

F:\Docs\2008\08-cr-502.fj Hunt 24.wpd